## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **CONTROL SYNC SYSTEMS, LLC,** | C.A. No. 2:25-cv-01224 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **HISENSE USA CORPORATION,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Control Sync Systems, LLC files this Original Complaint for Patent Infringement against Hisense USA Corporation and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff Control Sync Systems, LLC ("CSS" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

2.      On information and belief, Defendant Hisense USA Corporation ("Hisense" or "Defendant") is a corporation organized and established under the laws of Georgia and a headquarters at 7310 McGinnis Ferry Road, Suwanee, Georgia 30024. Defendant has a registered agent Yuyang Ren at 7310 McGinnis Ferry Road, Suwanee, Georgia 30024.

### II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      Hisense offers for sale and sells the Accused Instrumentalities to customers and potential customers in Texas, including in this judicial district.  Hisense maintains a place of

business in this district at 701 Spinks Road, Suite 100, Lewisville, Texas 75067 (*e.g.*, https://hisense.encompass.com/general/Locations; https://www.hisense-usa.com/event-list; https://www.hisense-usa.com/event-details/hisense-free-standing-gas-range-2025-08-14-12-00).

5.      Further, Hisense's authorized sellers and sales representatives offer, sell, and distribute products accused of infringing Plaintiff's patents to consumers in this judicial district. Hisense's authorized sellers and sales representatives include Best Buy located at 422 W Loop 281, Ste 100, Longview, Texas 75605 and at 5514 S Broadway Ave, Tyler, Texas 75703.

6.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 701 Spinks Road, Suite 100, Lewisville, Texas 75067, 422 W Loop 281, Ste 100, Longview, Texas 75605 and at 5514 S Broadway Ave, Tyler, Texas 75703.

7.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

8.      Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant maintains a place of business at 701 Spinks Road, Suite 100, Lewisville, Texas 75067, and maintains authorized retailers at 422 W Loop 281, Ste 100, Longview, Texas 75605

and at 5514 S Broadway Ave, Tyler, Texas 75703. On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

9.    For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.   COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,812,889)

10.    Plaintiff incorporates the above paragraphs herein by reference.

11.    On October 12, 2010, United States Patent No. 7,812,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '889 Patent is attached hereto as Exhibit A and incorporated herein by reference.

12.    CSS is the assignee of all right, title, and interest in the '889 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '889 Patent.  Accordingly, CSS possesses the exclusive right and standing to prosecute the present action for infringement of the '889 Patent by Defendant.

13.    The '889 Patent relates to the field of control systems and more particularly to a control system for controlling video and audio parameters of a display device and a play device synchronously.  (Ex. A at 1:8-11).  The '889 Patent describes a technical problem with controlling a system comprising two media devices.

14.    For example, there is a system comprising a display device (such as a television or projector) and a play device (such as a DVD player).  (*Id.* at 1:13-17).  The display device has image display module and a sound display module for displaying images and sound respectively. (*Id.* at 1:17-20).  The play device uses a module to process video data and audio data so that the display device displays and generates the corresponding images and sound, which are controlled

3

by video and audio parameters. (*Id.* at 1:21-25). Both the play device and display device have on screen display ("OSD") systems. (*Id.* at 1:26-28). A user can input a first OSD signal through a remote control for the display device or use a button on the casing of the display device to control the video and audio parameters of the display device. (*Id.* at 1:34-39). A user can also input a second OSD signal through a separate remote control for the play device or through a button on the casing of the play device to control the video and audio parameters of the display device. (*Id.* at 1:29-33).

15.     Separate OSD systems for the display device and play device often annoys the user. (*Id.* at 1:40-41). For example, a user may have difficulty controlling the sound in a system of a display device and play device. (*Id.* at 1:41-43). For example, after turning on a projector and a DVD player, the user may feel the sound is too loud. (*Id.*). The user sends the second OSD signal to the OSD system of the DVD play device through the remote control of the DVD play device, which results in the sound of the DVD play device being lowered. (*Id.* at 1:43-46). However, if the user feels the sound is still too loud, then the user realizes that it is the sound of the projector play device that is too loud. (*Id.* at 1:46-48). So the user then uses the remote control of the projector play device to input the first OSD signal to finally lower the sound of the projector. (*Id.* at 1:50-51). It is therefore really inconvenient and troublesome for a user to pass through multiple steps using multiple remote controls to get the sound that the user seeks. (*Id.* at 1:52-54). The inventors therefore sought to create a control system for controlling video and audio parameters of a display device and a play device to solve the problem. (*Id.* at 1:55-58).

16.     **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 1 of the '889 Patent in Texas, this District and elsewhere in the United States. As shown below, Defendant makes, uses, sells and/or offers to sell a control

system used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, the video and audio parameters controlling the images and sound that infringes claim 1, including R6 Series, R7 Series, R8 Series, H8 Series, H9 Series, U8 Series, U7 Series, U6 Series, and QD6 Series TVs that support HDMI-CEC.   For the purposes of demonstrating the infringement, Plaintiff analyzes Defendant's 100" Class U70 Series QLED 4K Google TV television as an exemplary device; however, the analysis is equally applicable to the Defendant's other products.

17.     Hisense provides a 100" Class U70 Series QLED 4K Google TV, a TV ("display device") which include a feature of HDMI-CEC (High-Definition Multimedia Interface - Consumer Electronics Control), a standard-based control system that allows users to control multiple multimedia devices such as DVD player ("play device"), Blu-ray player, or set-top Box using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI cables. The single remote control of TV is utilized to control video playback such as play/pause ("video and audio parameters") for both the TV and the connected multimedia device. Finally, the connected HDMI-CEC compatible multimedia device such as DVD player transmits the video signals to the TV ("the display device receiving video and audio data from the play device to display and generate corresponding images and sound").



(*E.g.,* [https://www.hisense-usa.com/product-page/televisions-100-class-u70-series-qled-4k-google-tv-100u70n](https://www.hisense-usa.com/product-page/televisions-100-class-u70-series-qled-4k-google-tv-100u70n)).[1]



(*E.g.,* [https://www.hisense-usa.com/product-page/televisions-100-class-u70-series-qled-4k-google-tv-100u70n](https://www.hisense-usa.com/product-page/televisions-100-class-u70-series-qled-4k-google-tv-100u70n)).

(*E.g.,* [https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf](https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf)).

---

[1] Red boxes, lines, and text annotations are added to the images.

## Use HDMI&CEC

Use the TV's remote to control external devices that are connected to the TV by an HDMI cable. The external devices need to support HDMI&CEC function.

### Connecting an external device through HDMI&CEC function

Press ⚙ button to select **Settings > Channels & Inputs > Inputs > HDMI control**.

1. Set **HDMI control** to On.
2. Connect an HDMI&CEC compliant device to the TV.
3. Turn on the connected external device. The device is automatically connected to the TV. After connection is finished, you can access the menu of the connected device on your TV screen using your TV remote control and control the device.

## Connecting to External Devices

### HDMI format function

In HDMI source, press 🔲 / 🔘 button to select **HDMI Format**.

Please select **Enhanced format** if your HDMI device supports 4K HDR. If it does not support 4K HDR, please select **Standard format**.

**Note:**

- HDMI cables must be used to connect HDMI & CEC compatible devices to your TV.
- The HDMI & CEC feature of the connected device must be turned on.
- If you connect an HDMI device that is not HDMI & CEC compatible, all the HDMI & CEC control features do not work.
- Depending on the connected HDMI device, the HDMI & CEC control feature may not work.
- The HDMI & CEC feature supports One Touch Play, Routing Control, System Standby, Device OSD Name Transfer, Remote Control Pass Through, Give Device Power Status, System Audio Control.

## Connect with a HDMI cable

To connect an AV device with a HDMI cable (not provided), see the illustration below.

When the connection is completed, using your remote control, press 🔘 button, and select the corresponding HDMI input.



(*E.g.*, https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a 4997afcf27e356d2b629.pdf).





(*E.g.*, https://www.youtube.com/watch?v=_jhz4Nu1yQc).

## CEC 13    CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97).

## CEC 3.1     End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7     Deck Control

### CEC 13.7.1     Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2     Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



*CEC Figure 17 A typical scenario for the Deck Control feature*

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

18.    Defendant makes, uses, sells and/or offers to sell a control system comprising an on screen display (OSD) system of the display device disposed in the display device for receiving a first OSD signal from external of the display device.  For example, the 100" Class U70 Series QLED 4K Google TV ("display device") includes an on-screen display that presents menu options, playback controls, and other interface elements. A TV remote control enables the users to browse, navigate, and select commands for the TV or connected HDMI-CEC compatible multimedia devices, such as DVD player ("play device"), Blu-ray player, or set-top Box, through this on-

screen interface ("receiving a first OSD signal from external to the display device") on the QLED 4K Google TV.



(*E.g.*,     https://www.hisense-usa.com/product-page/televisions-100-class-u70-series-qled-4k-google-tv-100u70n).

- **CEC Function:** CEC Function lets you control HDMI CEC-compatible devices connected to the HDMI ports on your TV using the remote control that came with your TV. To use CEC Function, you must set the CEC Control setting to On.
  - **CEC Control:** Turning CEC function on or off.
  - **Device Auto Power Off:** When CEC is turned on, Device Auto Power Off turns off HDMI CEC devices when you turn off your TV.
  - **TV Auto Power On:** When CEC is turned on and you turn on an HDMI CEC device, TV Auto Power On turns on your TV automatically.
  - **Detect:** Search all the devices connected to our TV.
  - **Device List:** You can display a list of HDMI CEC devices that are connected to your TV and select the source you want.
  - **ARC:** You can select the ARC on or off.

(https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf).

## Use HDMI&CEC

Use the TV's remote to control external devices that are connected to the TV by an HDMI cable. The external devices need to support HDMI&CEC function.

### Connecting an external device through HDMI&CEC function

Press ⚙ button to select **Settings** > **Channels & Inputs** > **Inputs** > **HDMI control**.

1. Set **HDMI control** to On.
2. Connect an HDMI&CEC compliant device to the TV.
3. Turn on the connected external device. The device is automatically connected to the TV. After connection is finished, you can access the menu of the connected device on your TV screen using your TV remote control and control the device.

(*E.g.*,    https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a4997afcf27e356d2b629.pdf).



(*E.g.*, https://www.youtube.com/watch?v=_jhz4Nu1yQc).

12



(*E.g.*, https://www.youtube.com/watch?v=R9x2mmdbmI4).



(*E.g.*,     https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a4997afcf27e356d2b629.pdf).



(*E.g.*,    https://www.hisense-usa.com/product-page/televisions-100-class-u70-series-qled-4k-google-tv-100u70n).



(*E.g.*,    https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf).

# CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97).

## CEC 3.1       End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2       Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7      Deck Control

### CEC 13.7.1          Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2          Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).

19.      Defendant makes, uses, sells and/or offers to sell a control system comprising an encoding/decoding module of the display device disposed in the display device for encoding the first OSD signal received by the OSD system into a first data signal.  For example, once the user selects a command such as play or pause to control playback of a HDMI-CEC compatible multimedia device, such as a DVD player ("play device") or a TV box, through the on-screen interface of the Class U70 Series QLED 4K Google TV, the TV receives the selected command ("first OSD signal") and transmits it to the connected HDMI-CEC compatible multimedia device via the HDMI cable. The transmitted play command controls the playback operation of the connected multimedia device. The HDMI-CEC specifications disclose that, in order to transmit data via the HDMI interface, an encoder encodes data originating from the TV, including audio/video data, command signals, and auxiliary data, and transmits it through the HDMI

16

interface. When the encoded data is received by the connected HDMI-CEC compatible multimedia device, it is decoded to recover the underlying information. Therefore, it would be apparent to a person of ordinary skill in the art that the Class U70 Series QLED 4K Google TV includes an encoding/decoding module configured to encode the received play command into an encoded data signal that is transmitted to the HDMI-CEC compatible multimedia device to control the playback of the HDMI-CEC device.

- **CEC Function:** CEC Function lets you control HDMI CEC-compatible devices connected to the HDMI ports on your TV using the remote control that came with your TV. To use CEC Function, you must set the CEC Control setting to On.
  - **CEC Control:** Turning CEC function on or off.
  - **Device Auto Power Off:** When CEC is turned on, Device Auto Power Off turns off HDMI CEC devices when you turn off your TV.
  - **TV Auto Power On:** When CEC is turned on and you turn on an HDMI CEC device, TV Auto Power On turns on your TV automatically.
  - **Detect:** Search all the devices connected to our TV.
  - **Device List:** You can display a list of HDMI CEC devices that are connected to your TV and select the source you want.
  - **ARC:** You can select the ARC on or off.

(*E.g.*,       https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf).

## Use HDMI&CEC

Use the TV's remote to control external devices that are connected to the TV by an HDMI cable. The external devices need to support HDMI&CEC function.

### Connecting an external device through HDMI&CEC function

Press ⚙ button to select **Settings > Channels & Inputs > Inputs > HDMI control**.

1. Set **HDMI control** to On.
2. Connect an HDMI&CEC compliant device to the TV.
3. Turn on the connected external device. The device is automatically connected to the TV. After connection is finished, you can access the menu of the connected device on your TV screen using your TV remote control and control the device.

(*E.g.*,     https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a4997afcf27e356d2b629.pdf).

## Connect with a HDMI cable

To connect an AV device with a HDMI cable (not provided), see the illustration below.

When the connection is completed, using your remote control, press ⬛ button, and select the corresponding HDMI input.



(*E.g.*, https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a4997afcf27e356d2b629.pdf).

As shown in Figure 5-1, an HDMI link includes three TMDS Data channels and a single TMDS Clock channel. The TMDS Clock channel constantly runs at a rate proportional to the pixel rate of the transmitted video. During every cycle of the TMDS Clock channel, each of the three TMDS data channels transmits a 10-bit character. This 10-bit word is encoded using one of several different coding techniques.

The input stream to the Source's encoding logic will contain video pixel, packet and control data. The packet data consists of audio and auxiliary data and associated error correction codes.

These data items are processed in a variety of ways and are presented to the TMDS encoder as either 2 bits of control data, 4 bits of packet data or 8 bits of video data per TMDS channel. The Source encodes one of these data types or encodes a Guard Band character on any given clock cycle.



(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).



## Connecting to External Devices

**HDMI format function**

In HDMI source, press ⊕ / ⬤ button to select **HDMI Format**.

Please select **Enhanced format** if your HDMI device supports 4K HDR. If it does not support 4K HDR, please select **Standard format**.

**Note:**

- HDMI cables must be used to connect HDMI & CEC compatible devices to your TV.
- The HDMI & CEC feature of the connected device must be turned on.
- If you connect an HDMI device that is not HDMI & CEC compatible, all the HDMI & CEC control features do not work.
- Depending on the connected HDMI device, the HDMI & CEC control feature may not work.
- The HDMI & CEC feature supports One Touch Play, Routing Control, System Standby, Device OSD Name Transfer, Remote Control Pass Through, Give Device Power Status, System Audio Control.

OSD
signals from external
of the display device

*(E.g.,*   https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a4997afcf27e356d2b629.pdf*).*

## Using your TV Remote Control

**Buttons on your TV remote**

Power on / off
Enter Channels / input numbers
Dash button / Select a digital sub-channel
Mute and restore sound
Volume (up/down)
Enter the Live TV
D-pad (up/down/left/right navigation buttons) / Press Up display the Info menu
Return to the previous place in the menu
Set the audio language (MTS)
Media content control function button
Favorite program controlling button
& Media player button
Select picture mode
Select sound mode

Infrared transmitter
Change TV input source
The button for the Settings menu
Display the channel list
Go to the previous channel
Channel (up/down)
Confirmation button/
Display the channel list
Exit the application
Turn Closed Caption On/Off
Choose to leave the Video description feature On or Off (Narration)
Media player button
Sleep timer button
Zoom button
Special function buttons
(Not available)

*(E.g.,*   https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf*).*

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7     Deck Control

### CEC 13.7.1     Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2     Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



CEC Figure 17 A typical scenario for the Deck Control feature

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*Id.*).

When the user changes a menu language setting on the TV, it shall send a <Set Menu Language> message containing the currently selected menu [Language], as shown below.



*CEC Figure 16 A typical scenario when a menu language setting within the TV is modified*

On receipt of the <Set Menu Language> message, the device shall attempt to use the newly selected [Language] for Menus and OSDs.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-32 of 97).

20.    Defendant makes, uses, sells and/or offers to sell a control system comprising a bus connected to the display device for sending the first data signal out of the display device and transmitting the first data signal to the play device. For example, the 100" Class U70 Series QLED 4K Google TV ("display device") features HDMI-CEC, a standard-based control system that allows users to control multiple HDMI-CEC compatible multimedia devices, such as a DVD player ("play device"), Blu-ray player, or set-top box, using a single remote control. The HDMI-CEC standard enables connected devices to communicate with each other over HDMI cables ("bus"). When the user selects a command, such as play or pause, to control playback on an HDMI-CEC compatible multimedia device, the control commands are encoded into data packets ("the

first data signal") that are transmitted to the connected HDMI-CEC compatible multimedia device through the HDMI cables.

- **CEC Function:** CEC Function lets you control HDMI CEC-compatible devices connected to the HDMI ports on your TV using the remote control that came with your TV. To use CEC Function, you must set the CEC Control setting to On.
  - **CEC Control:** Turning CEC function on or off.
  - **Device Auto Power Off:** When CEC is turned on, Device Auto Power Off turns off HDMI CEC devices when you turn off your TV.
  - **TV Auto Power On:** When CEC is turned on and you turn on an HDMI CEC device, TV Auto Power On turns on your TV automatically.
  - **Detect:** Search all the devices connected to our TV.
  - **Device List:** You can display a list of HDMI CEC devices that are connected to your TV and select the source you want.
  - **ARC:** You can select the ARC on or off.

(*E.g.*,        https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf).



(*E.g.*,        https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf).

As shown in Figure 5-1, an HDMI link includes three TMDS Data channels and a single TMDS Clock channel. The TMDS Clock channel constantly runs at a rate proportional to the pixel rate of the transmitted video. During every cycle of the TMDS Clock channel, each of the three TMDS data channels transmits a 10-bit character. This 10-bit word is encoded using one of several different coding techniques.

The input stream to the Source's encoding logic will contain video pixel, packet and control data. The packet data consists of audio and auxiliary data and associated error correction codes.

These data items are processed in a variety of ways and are presented to the TMDS encoder as either 2 bits of control data, 4 bits of packet data or 8 bits of video data per TMDS channel. The Source encodes one of these data types or encodes a Guard Band character on any given clock cycle.



(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).

21.    Defendant makes, uses, sells and/or offers to sell a control system wherein the display device receives the first OSD signal to control the video and audio parameters of the display device, the play device is decoding the first data signal received from the bus to control

the video and audio parameters of the play device.  For For example, once the user-selected commands, such as play or pause, are encoded into data packets ("the first data signal") and transmitted via the HDMI cables, a decoder in the HDMI-CEC compatible multimedia device, such as a DVD player ("play device"), receives these packets and decodes them to execute the user-selected commands, thereby playing or pausing the audio-video stream from the HDMI-CEC compatible multimedia device ("controlling the video and audio parameters of the play device"). Further, when the user selects the play or pause commands on the onscreen display of the 100" Class U70 Series QLED 4K Google TV, the audio and video displayed on the TV are played or paused as well. Therefore, it would be apparent to a person having ordinary skill in the art that the 100" Class U70 Series QLED 4K Google TV receives the first OSD signal to control the video and audio parameters of the display device.

- **CEC Function:** CEC Function lets you control HDMI CEC-compatible devices connected to the HDMI ports on your TV using the remote control that came with your TV. To use CEC Function, you must set the CEC Control setting to On.
- **CEC Control:** Turning CEC function on or off.
- **Device Auto Power Off:** When CEC is turned on, Device Auto Power Off turns off HDMI CEC devices when you turn off your TV.
- **TV Auto Power On:** When CEC is turned on and you turn on an HDMI CEC device, TV Auto Power On turns on your TV automatically.
- **Detect:** Search all the devices connected to our TV.
- **Device List:** You can display a list of HDMI CEC devices that are connected to your TV and select the source you want.
- **ARC:** You can select the ARC on or off.

(*E.g.*,      https://assets.hisense-usa.com/assets/ProductDownloads/171/f1b5497cf7/40H3F9-UM.pdf).

## Use HDMI&CEC

Use the TV's remote to control external devices that are connected to the TV by an HDMI cable. The external devices need to support HDMI&CEC function.

### Connecting an external device through HDMI&CEC function

Press ⚙ button to select **Settings > Channels & Inputs > Inputs > HDMI control**.

1. Set **HDMI control** to On.
2. Connect an HDMI&CEC compliant device to the TV.
3. Turn on the connected external device. The device is automatically connected to the TV. After connection is finished, you can access the menu of the connected device on your TV screen using your TV remote control and control the device.

(*E.g.*, https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a 4997afcf27e356d2b629.pdf).

As shown in Figure 5-1, an HDMI link includes three TMDS Data channels and a single TMDS Clock channel. The TMDS Clock channel constantly runs at a rate proportional to the pixel rate of the transmitted video. During every cycle of the TMDS Clock channel, each of the three TMDS data channels transmits a 10-bit character. This 10-bit word is encoded using one of several different coding techniques.

The input stream to the Source's encoding logic will contain video pixel, packet and control data. The packet data consists of audio and auxiliary data and associated error correction codes.

These data items are processed in a variety of ways and are presented to the TMDS encoder as either 2 bits of control data, 4 bits of packet data or 8 bits of video data per TMDS channel. The Source encodes one of these data types or encodes a Guard Band character on any given clock cycle.



(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-54 of 97).

## Connecting to External Devices

**HDMI format function**

In HDMI source, press 🔲 / 🔘 button to select **HDMI Format**.

Please select **Enhanced format** if your HDMI device supports 4K HDR. If it does not support 4K HDR, please select **Standard format**.

**Note:**

- HDMI cables must be used to connect HDMI & CEC compatible devices to your TV.
- The HDMI & CEC feature of the connected device must be turned on.
- If you connect an HDMI device that is not HDMI & CEC compatible, all the HDMI & CEC control features do not work.
- Depending on the connected HDMI device, the HDMI & CEC control feature may not work.
- The HDMI & CEC feature supports One Touch Play, Routing Control, System Standby, Device OSD Name Transfer, Remote Control Pass Through, Give Device Power Status, System Audio Control.

(*E.g.*, https://fa5b4a7b-b364-43d6-b75c-7e9d015bfdf8.filesusr.com/ugd/5e5698_d7c8cf8f642a4997afcf27e356d2b629.pdf).

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97).

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

&lt;Deck Status&gt;, &lt;Give Deck Status&gt;, &lt;Deck Control&gt;, &lt;Play&gt;

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the &lt;Give Deck Status&gt; command. The deck should respond with a &lt;Deck Status&gt; message.

A device may control a Deck with the &lt;Play&gt; and &lt;Deck Control&gt; messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages &lt;Play&gt; and &lt;Deck Control&gt;. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a &lt;Feature Abort&gt; ["Not in correct mode to respond"] message.

If the deck is in standby and receives a &lt;Deck Control&gt; ["Eject"] or &lt;Play&gt; ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other &lt;Deck Control&gt; or &lt;Play&gt; messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97).



CEC Figure 17 A typical scenario for the Deck Control feature

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

29

When the user changes a menu language setting on the TV, it shall send a <Set Menu Language> message containing the currently selected menu [Language], as shown below.



*CEC Figure 16 A typical scenario when a menu language setting within the TV is modified*

On receipt of the <Set Menu Language> message, the device shall attempt to use the newly selected [Language] for Menus and OSDs.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-32 of 97).

    22.    **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 1 of the '889 patent in this District, in the State of Texas, and elsewhere in the United States, by providing products including the R6 Series, R7 Series, R8 Series, H8 Series, H9 Series, U8 Series, U7 Series, U6 Series, and QD6 Series ("Hisense TVs") with control systems for use by Defendant's customers that infringe claim 1 as described above. (*Supra* ¶¶17-21). At least as of service of the Complaint, Defendant has had knowledge of the '889 Patent and knowledge that the control systems of the Hisense TVs used in the manner described above constituted direct patent infringement. Despite this knowledge of infringement of claim 1 of the '889 Patent, Defendant continued to encourage and induce its customers to use the control systems of the Hisense TVs which infringed claim 1 of the '889 Patent through providing online manuals describing how the control systems of the Hisense TVs can be operated in a manner that infringes claim 1 of the '889 Patent and instructions for how to use the control systems of the Hisense TVs in the accused manner. (*Supra* ¶¶17-21). Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the

control systems of its Hisense TVs to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 1 of the '889 Patent.

23.    Specifically, Defendant provides the Hisense TVs knowing that the control systems are used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, and the video and audio parameters controlling the images and sound in a manner that infringes claim 1 of the '889 patent. (*Supra* ¶¶17-21). Defendant also informs its customers how to use the control system that infringes claim 1. (*Supra* ¶¶17-21). Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 1 of the '889 patent by its customers.

24.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '889 Patent, i.e., in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

25.    On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## V.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against

Defendant, and that the Court grant Plaintiff the following relief:

a.  Judgment that claim 1 of United States Patent No. 7,812,889 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.  Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.  That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.  That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.  That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.


December 17, 2025                                    Respectfully Submitted,

                                                    */s/ Steven G. Kalberg*
                                                    David R. Bennett (IL Bar No.: 6244214)
                                                    Steven G. Kalberg (IL Bar No.: 6336131)
                                                    *(Admitted to the United States District Court for the Eastern Distrct of Texas)*
                                                    DIRECTION IP LAW
                                                    P.O. Box 14184
                                                    Chicago, Illinois 60614-0184
                                                    Telephone: (312) 291-1667
                                                    dbennett@directionip.com
                                                    skalberg@directionip.com

                                                    *Attorneys for Plaintiff*
                                                    *Control Sync Systems, LLC*